UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIA AKEME | : |
|           Plaintiff | : |
| v. | :   CIVIL ACTION |
| | : |
| THE DELTA-T GROUP, INC. | :   NO. 2:21-CV-003469-NIQA |
| | : |
|           Defendant | : |

Plaintiff, Tia Akeme, and Defendant, The Delta-T Group, Inc. by and through their undersigned attorneys, hereby stipulate to the voluntarily dismissal of this action, with prejudice, pursuant to Fed. R.Civ. P. 41(a)(2).

*/s/ Robert H. Graff*  
Robert H. Graff, Esq.  
The Law Offices of Eric A. Shore  
Two Penn Center  
1500 JFK Blvd, Suite 1240  
Philadelphia, PA  19102  
267.546.0138  
RobertG@ericshore.com

*/s/ Kelly S. Sullivan*  
Kelly S. Sullivan, Esquire  
The Delta-T Group, Inc.  
950 E. Haverford Road, Suite 200  
Bryn Mawr, PA 19010  
(484)383-0626  
ksullivan@detlatg.com

**BY THE COURT:**

_____  
**Nitza I. Quiñones Alejandro,     J.**